Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-259-109**

**Effective Date of Registration:**
June 18, 2021
**Registration Decision Date:**
July 16, 2021

---

## Title

**Title of Work:** Rainbow Goddess

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Katja Perez
  **Author Created:** Illustration
  **Citizen of:** United States
  **Domiciled in:** Germany
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

**Name:** Katja Perez
**Email:** katjaperezdesign@gmail.com
**Telephone:** 1609856775
**Address:** Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-356-008**

**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
July 31, 2023

---

## Title

**Title of Work:** Summer Solstice Goddess

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 06, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Katja Perez
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

**Name:** Katja Perez
**Email:** katjaperezdesign@gmail.com
**Address:** Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

**Name:** David Denholm
**Date:** June 02, 2023
**Applicant's Tracking Number:** KP2023060204

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-356-009**

**Effective Date of Registration:**
June 02, 2023

**Registration Decision Date:**
July 31, 2023

---

## Title

**Title of Work:** Rainbow Hands

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 15, 2021
**Nation of 1st Publication:** Germany

## Author

- **Author:** Katja Perez
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

**Name:** Katja Perez
**Email:** katjaperezdesign@gmail.com
**Address:** Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

**Name:** David Denholm
**Date:** June 02, 2023
**Applicant's Tracking Number:** KP2023060203

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-356-927**
**Effective Date of Registration:**
June 02, 2023
**Registration Decision Date:**
August 04, 2023

## Title

Title of Work: Green Goddess

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: November 16, 2020
Nation of 1st Publication: Germany

## Author

- Author: Katja Perez
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Katja Perez
Franziska-Kessel-Str. 85, Mainz, 55131, Germany

## Rights and Permissions

Name: Katja Perez
Email: katjaperezdesign@gmail.com
Address: Franziska-Kessel-Str. 85
Mainz 55131 Germany

## Certification

Name: David Denholm
Date: June 02, 2023
Applicant's Tracking Number: KP2023060201

Page 1 of 2

